IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY P. MANLEY, | ) |
| | ) |
| Plaintiff, | ) No. 09 CV 00096 |
| | ) |
| vs. | ) Judge Gary L. Lancaster |
| | ) |
| ABBOTT LABORATORIES, | ) Jury Trial Demanded |
| | ) |
| Defendant. | ) |

## ORDER

This cause coming to be hear on the Parties' Joint Motion To Extend Dates Set In Final Scheduling Order, it is here by ordered:

1. For the reasons set forth in the Parties' Joint Motion To Extend Dates Set In Final Scheduling Order, the Motion is Granted.

2. The dates set forth in the Court's January 28, 2010, Final Scheduling Order are stricken.

3. The Court will reset the dates set forth in the Court's January 28, 2010, Final Scheduling Order, if necessary, after it rules on Defendant Abbott Laboratories' Motion for Summary Judgment.

Dated: 5/7/10

ENTER:

_____
Chief Judge Gary L. Lancaster

Jon E. Klinghoffer (IL ID No. 06270082)
Kathryn B. Walter (IL ID No. 06283927)
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000
*Admitted Pro Hac Vice*

John Linkosky
715 Washington Avenue
Carnegie, PA 15106